

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00173-CV

**IN RE KERRVILLE LODGING, LLC d/b/a ECONOLODGE**

Original Mandamus Proceeding[1]

**ORDER**

On March 25, 2019, relator filed a petition for writ of mandamus and the respondent and the real party in interest responded. This court concludes relator is not entitled to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 12, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 181053B, styled *Kerrville Lodging, LLC d/b/a Econolodge and Jayram, LLC v. Great American Insurance Group*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.